```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAN MILLER and BOBBI VIEGAS MILLER,  :
                                     :
                        Plaintiffs,  :
         -against-                   :
                                     :         21-CV-5968 (VEC)
MORNINGSIDE ADVISORS, LLC, AND       :
ALFREDO CARRILLO,                    :         <u>ORDER</u>
                                     :
                        Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on July 12, 2021, Plaintiffs commenced this action (Dkt. 1);

   WHEREAS on July 26, 2021, Plaintiffs filed affidavits reflecting timely service of a summons and the Amended Complaint on Defendants (Dkt. 9, 10);

   WHEREAS an initial pretrial conference is scheduled for September 10, 2021 at 11:00 a.m. (Dkt. 8);

   WHEREAS Defendant Morningside Advisors, LLC failed to appear, answer, or otherwise respond to the Amended Complaint by the August 6, 2021 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1);

   WHEREAS Defendant Alfredo Carrillo failed to appear, answer, or otherwise respond to the Amended Complaint by the August 11, 2021 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1);

   IT IS HEREBY ORDERED:

   1. The initial pretrial conference scheduled for September 10, 2021 is canceled.

   2. No later than **September 24, 2021**, Plaintiffs must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date:  September 3, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**