```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DAN MILLER and BOBBI VIEGAS MILLER,    :
                                                                           :
                        Plaintiffs,    :
      -against-                                                        :
                                                                           :   21-CV-5968 (VEC)
MORNINGSIDE ADVISORS, LLC, and                   :
ALFREDO CARRILLO,                                          :   <u>ORDER</u>
                                                                           :
                      Defendants.    :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an order to show cause hearing is scheduled for October 29, 2021 at 10:00 a.m. (Dkt. 18);

      IT IS HEREBY ORDERED that the hearing is adjourned to **November 5, 2021 at 2:00 p.m.** The hearing will be held via teleconference, not in-person. Accordingly, the parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 5968.

      IT IS FURTHER ORDERED that Plaintiffs must serve this order on Defendants by **October 20, 2021**, and must file proof of service on ECF.

**SO ORDERED.**

**Date: October 15, 2021**
**New York, New York**
                                                                   **VALERIE CAPRONI**
                                                                   **United States District Judge**