```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAN MILLER and BOBBI VIEGAS MILLER,  :
:
                      Plaintiffs,   :
   -against-   :
:   21-CV-5968 (VEC)
MORNINGSIDE ADVISORS, LLC, and   :
ALFREDO CARRILLO,   :   ORDER
:
                      Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial pretrial conference was scheduled for September 10, 2021, Dkt. 8;

    WHEREAS, when Defendants did not appear, answer, or otherwise respond to Plaintiff's complaint, the Court canceled that conference and ordered Plaintiffs to move for default judgment, Dkt. 11, which they did, *see* Dkts. 18–20; and

    WHEREAS Defendant Carrillo has appeared, *see* Dkt. 31;

    IT IS HEREBY ORDERED that an initial pretrial conference is scheduled for **December 17, 2021 at 3:00 p.m.** The parties' joint submission is due by **December 9, 2021**. The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 5968.

    The Clerk of Court is respectfully directed to mail a copy of this order and docket entry 8 — the Court's order setting the original initial pretrial conference — to Defendant Carillo at Alfredo Carillo, 626 Flatbush Avenue, Apt. 17A, Brooklyn, NY 11225.

**SO ORDERED.**

Date:  November 5, 2021
         New York, New York

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**